STATE OF CONNECTICUT *v.* PETER PASCARELLI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*J. Richard Fay,* in support of the petition.

*George F. Carroll, Jr.,* assistant prosecuting attorney, in opposition.

Submitted November 26—decided December 17, 1963

STATE OF CONNECTICUT *v.* MICHAEL MARZBANIAN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Charles G. Karanian* and *John D. Bagdasarian,* in support of the petition.

*Daniel J. Hagearty,* assistant prosecuting attorney, in opposition.

Submitted December 2—decided December 17, 1963

WILLIAM F. BRENNAN ET AL. *v.* TOWN OF WEST HAVEN

The motion by the plaintiffs to strike certain of the defendant's assignments of error in the appeal from the Court of Common Pleas in New Haven County is granted.

*Charles G. Albom,* on the motion.

Submitted November 29—decided December 17, 1963